NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ANTHONY V. DiSTEFANO,   )
            )
   Appellant,    )
            )
v.           )   Case No. 2D19-2843
            )
ANDREA L. DIAZ (FORMERLY  )
DiSTEFANO),      )
            )
   Appellee.    )
_____)

Opinion filed September 16, 2020.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Hillsborough
County; Denise A. Pomponio, Judge.

Anthony V. DiStefano, pro se.

Michael L. Lundy and Eric R. Maier of Older,
Lundy, & Alvarez, Tampa, for Appellee.


PER CURIAM.


    Affirmed.


KHOUZAM, C.J., BLACK, J., and CASE, JAMES R., ASSOCIATE SENIOR JUDGE,
Concur.